UNDER SEAL

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FEB 1 6 2018

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>INFORMATION ASSOCIATED WITH:<br>**lisahshapiro@aol.com**<br>THAT IS STORED AT PREMISES<br>CONTROLLED BY **AOL** | Case No. 1:18-sw-94<br><br>**Filed Under Seal** |

## ORDER TO SEAL AND FOR
## NONDISCLOSURE PURSUANT TO 18 U.S.C. § 2705(b)

The United States, pursuant to Local Rule 49(B) of the Local Criminal Rules for the U.S. District Court for the Eastern District of Virginia and 18 U.S.C. § 2705(b), having moved to seal the search warrant, application, supporting affidavit, motion to seal, and this Order, and having further moved for a § 2705(b) nondisclosure order covering these materials;

The Court, having considered the government's submissions, including the facts presented by the government to justify sealing; having determined that that there is reason to believe that notification of the existence of these materials will seriously jeopardize the ongoing investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence or witnesses, change patterns of behavior, or notify confederates, *see* 18 U.S.C. §§ 2705(b)(2), (3), & (5); having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing; finding none would suffice to protect the government's legitimate interest in concluding the investigation; and having found that this

legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED that the United States' motion is GRANTED, and the search warrant, application, supporting affidavit, motion to seal, and this Order be SEALED until further order of the Court.

IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that AOL shall not disclose the existence of these materials to the subscribers of the accounts, or to any other person, for a period of 1 year, unless and until otherwise authorized to do so by the Court, except that it may disclose this Order to its attorneys for the purpose of receiving legal advice;

IT IS FURTHER ORDERED that this Order shall remain in effect until further order of the Court or for a period of 1 year, whichever occurs first. The United States may seek to extend this time period through further application.

Date: February 16, 2018

/s/ JFA
John F. Anderson
United States Magistrate Judge
The Honorable John F. Anderson
United States Magistrate Judge